**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Michael James BRUCKER,**
**Defendant–Appellant.**

No. 04–51325.

United States Court of Appeals,
Fifth Circuit.

Decided April 21, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:*

IT IS ORDERED that appellee's unopposed motion to vacate sentence is granted.

IT IS FURTHER ORDERED that appellee's unopposed motion to remand to district court for resentencing in light of the Supreme Court's recent opinion in *U.S. v. Booker* and this Court's opinion in *U.S. v. Mares* is granted.

IT IS FURTHER ORDERED that appellee's unopposed motion to extend time to file appellee's brief 14 days from the

Court's denial of appellee's motion to vacate and remand is denied as moot.

---

\* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.